# *United States Court of Appeals*
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 18, 2023

#03260-180
Ms. Priscilla Ann Ellis-Erkkila
FCI Tallahassee
P.O. Box 5000
Tallahassee, FL 32314

    No. 23-50648   Ellis-Erkkila v. Citibank
                         USDC No. 6:20-CV-1039


Dear Ms. Ellis-Erkkila,

We have docketed your appeal with the 5th Circuit number shown above. Please use this number in all future contact with the court. **If you have more than one appeal, you will have to comply with the instructions below for each appeal.** Read this letter carefully because you have 45 days to make two decisions **and** to notify us what you want to do, or we may dismiss your appeal without further notice:

The Prison Litigation Reform Act, 28 U.S.C. § 1915, generally requires you to make arrangements to pay the $505.00 filing fees before this court will consider your appeal. Knowing that you must pay for your appeal, the **first decision** you must make is if you want to continue with your case. If you do not want to continue, you may voluntarily dismiss your appeal now using the attached Form 1. When we get your Form 1 we will dismiss your case and you do not have to do anything more.

If you want your case to continue, the **second decision** you must make is how you will pay the fees. You may either:

    (1) Make a one time payment of $505.00 to the **district court clerk**; or,

    (2) Apply to the **district court** for permission to appeal in forma pauperis (IFP). If you want this option you should contact the district court for specific instructions and any forms they have, and should contact your prison authorities for instructions how to get a "certified trust fund account statement." Also, if your prison requires them, you must sign consent forms and authorizations to have money taken from your account. You must send these forms to the district court, along with your motion to proceed on appeal in forma pauperis, your certified trust fund account statement and any other required

documents.  If the **district court** grants you permission to appeal IFP, you will have to pay an "initial partial filing fee" calculated by the court.  You must pay this initial fee from your inmate trust fund account. If your account does not have enough money to pay the full initial fee, all money in your account will be collected and the remainder taken when more funds exist.  After this initial fee is paid, you still will have to pay the rest of the $505.00 fee from your prison trust fund account.

If you have not already paid the full filing fee to the district court, or applied to the district court for permission to appeal IFP, **you should do so immediately**.

You have **45 days from the date of this letter** to tell us what your decision is on your case.  If you want to dismiss your case, send us a completed Form 1.  If you want to continue your case, send us a completed Form 2 showing us how you are going to pay for your appeal.  If you are using Form 2, please read it very carefully, and then mark one of the three boxes on it. **You must complete and return either Form 1 or Form 2 to us within 45 days of the date of this letter or we may dismiss your appeal without further notice.**

ATTENTION ATTORNEYS:  Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing.  The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov. Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

We recommend that you visit the Fifth Circuit's website, www.ca5.uscourts.gov and review material that will assist you during the appeal process.  We especially call to your attention the Practitioner's Guide and the 5th Circuit Appeal Flow Chart, located in the Forms, Fees, and Guides tab.

**Special guidance regarding filing certain documents:**

General Order No. 2021-1, dated January 15, 2021, requires parties to file in paper highly sensitive documents (HSD) that would ordinarily be filed under seal in CM/ECF.  This includes documents likely to be of interest to the intelligence service of a foreign government and whose use or disclosure by a hostile foreign government would likely cause significant harm to the United States or its interests.  Before uploading any matter as a sealed filing, ensure it has not been designated as HSD by a district court and does not qualify as HSD under General Order No. 2021-1.

A party seeking to designate a document as highly sensitive in the first instance or to change its designation as HSD must do so by motion. Parties are required to contact the Clerk's office for guidance before filing such motions.

**Sealing Documents on Appeal:**  Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket.  Counsel moving to seal matters must explain in particularity the necessity for sealing in our court.  Counsel do not satisfy this burden by simply stating that

the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding. It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary. An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

Enclosure(s)

cc w/encl:
    Ms. Brittney Angelich
    Mr. Daniel Avila II
    Mr. Joshua Benjamin Baker
    Mr. Gene R. Besen
    Mr. James Matthew Dow

FORM 1

―――――――
No. 23-50648
―――――――

MOTION TO DISMISS APPEAL

Under the provisions of the 5ᵀᴴ Cɪʀ. R. 42.1, I hereby move to voluntarily dismiss the appeal in this case.

―――――――――――――
(name of appellant)

```
                          FORM 2

          ELECTION OF OPTIONS AND NOTICE TO THE COURT
                         _____

Fifth Circuit Case Number:    23-50648

Fifth Circuit Case Caption:   Ellis-Erkkila v. Citibank

USDC Case Number:    6:20-CV-1039


                         _____
```

(To inmate completing this form. Please place an "x" in the appropriate box)

[ ] On (date) _____, the $505.00 filing fees were paid to the **district court clerk** of the U.S. District Court for the _____ District of _____. If you have a copy of a receipt from the district court, please attach it.

[ ] On (date) _____, I applied to the United States District Court for the _____ District of _____ for permission to appeal in forma pauperis (IFP). If you have a copy of the motion to the district court, please attach it.

[ ] On (date) _____, the United States District Court for the _____ District of _____ granted me permission to proceed on appeal IFP. If you have a copy of the district court's order, please attach it.

**YOU MUST COMPLETE AND RETURN THIS FORM WITHIN 45 DAYS OF THE DATE OF THE FORWARDING LETTER OR YOUR APPEAL MAY BE DISMISSED WITHOUT FURTHER NOTICE.**

    (Name)                    _____

    (Prisoner Number)        _____

    (Address)               _____

                             _____

                             _____