# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 04, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50648   Ellis-Erkkila v. Citibank
                   USDC No. 6:20-CV-1039

The court has taken the following action in this case: Appellant's motion to stay further proceedings is denied.

The fee must be paid or a motion to proceed in forma pauperis according to PLRA to be filed in the District Court on or before 11/13/2023.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Casey A. Sullivan, Deputy Clerk
                                    504-310-7642

Ms. Brittney Angelich
Mr. Daniel Avila II
Mr. Joshua Benjamin Baker
Mr. Gene R. Besen
Mr. Philip Devlin
Mr. James Matthew Dow
Ms. Priscilla Ann Ellis-Erkkila
Ms. Mary Mangan
Mr. Kevin Ward Patton