TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: DUB-B-A

----------------------------------------------------------------------------------------

SUBJECT: 23-50648--BRIEF



UNITED STATES COURT OF APPEALS

FIFTH CIRCUIT

OFFICE OF THE CLERK

No. 23-50648

CASE : ELLIS - ERKKILA v. CITIBANK et. al /BAREBONES WARRANTS
originated from W15-179M /WA 15-MJ-184 (1) JCM
DISTRICT COURT CASE : 6:20-CV-1039

Corresponding  Case that Clerk Filed under : 6:00-CR-70-1

Priscilla Ellis -Erkkila
        Plaintiff-Appellee

v.

CITIBANK et. al
        Defendant-Appellant

APPEAL BRIEF

PRISCILLA  A. ELLIS
U.S. ARMY VETERAN
PRO-SE'
DUBLIN FCI - UNIT B1-081
5701 8th St ( CAMP PARK)
Dublin, CA 94568

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: DUB-B-A

---------------------------------------------------------------------------------

FROM: 03260180
TO:
SUBJECT: BRIEF -23-50648 #1 / Certificate of Persons

CERTIFICATE OF INTERESTED PERSONS

1.  Citibank

2.  JP MORGAN CHASE

3.  REGIONS BANK

4.  CAPITAL ONE

5.  BB&T

6.  FDIC

7.  District Judge Albright / Waco

8.  DISTRICT Judge Steven D. Merry Day / MD of FL

9.  Magistrate Judge Jeffrey Manske

10.  Attorney Bjorn Brunvand

11.  United States Director / FBI

12.  United States Attorney General Merrick Garland

13.  Veterans Consortium Attorneys/ Washington, D.C.

14.  Magistrate Judge Derek Gilland

15.  United States Attorney Maria Chapez-Lopez or predecessor

16.  Magistrate Judge Porcelli -MD of Florida

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: DUB-B-A

---------------------------------------------------------------------------

FROM: 03260180
TO:
SUBJECT: BRIEF 23-50648-

### MOTION FOR HEARING EN BANC

Petitioner Priscilla Ellis hereby request this honorable Court pursuant to FR App P R 35 for this Appeal to proceed En Banc.

Petitioner is and energized hard worker and Honorable Army Veteran and Military spouse for well over 30 plus years and was a successful business owner that was inhumanely deprived of her property and assets due to the issuance of a Barebones Warrant ( W15-179M / issued by Magistrate Judge Manske) which allowed the Government to issue spin off warrants out of jurisdiction and Venue of Texas to seize plaintiff's personal property from her home and monies from her personal and Business Bank accounts without any affidavits of petitioner involved in a crime, yet petitioner was deprived of her funds and assets which caused plaintiff and her assets to be discriminatorily victimizes and ravished.

ABSOLUTELY NO American should go through such a deprivation of property, assets and funds needed to assist in the livlihood of her family and business which deprived plaintiff the right and access to hiring an attorney to advocate for her innocence and defense in her proper Venue, and home state of Texas which is where plaintiff lived , maintained her banking , private residence secured with Veterans benefits and Business properties since December 1993.

Plaintiff cannot express in words the Bias, prejudice, racial discrimination and multiple United States Constitutional violations of the 4th, 5th, 6th and 14th Amendments as well as  Texas Banking Codes and Texas Constitutional protections.

Plaintiff constitutes to experience excessive mental and physical injuries' due to the deprivation , abuse , discrimination and deprivation of funds caused by these banks and their unlawful seizures, violating the 4th Amendment of the United States Constitution as well as other Constitutional protections in the United States Constitution.

Respectfully Submitted;

Priscilla A. Ellis
Pro-Se
United States Army Veteran

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: DUB-B-A

----------------------------------------------------------------------------------------------------

FROM: 03260180
TO:
SUBJECT: 23-50648- CERTIFICATE OF COMPLIANCE

CERTIFICATE OF COMPLIANCE

Plaintiff hereby certify that this brief complies with the word and Page limits per Fed R App 32

or have attached a Motion for leave to proceed/ request to exceed the Page

limit with complete  and compelling reasons.

The word-count is in accordance and the page count per Fed R App 32 or a motion to exceed is enclosed.

Respectfully Submitted;

Priscilla A. Ellis
Pro-Se
U.S Army Veteran

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: DUB-B-A

---------------------------------------------------------------------------------------

FROM: 03260180
TO:

        : CERTIFICATE OF SERVICE

                      CERTIFICATE OF SERVICE

I hereby Certify that this Brief was Mailed from Dublin FCI within 40 days of receipt. Plaintiff received the documents for Brief on _12 January 2024_____ from the Legal Mail Center.

Plaintiff Mailed Brief on _5 February 2024_

                      CERTIFICATE OF DELIVERY

I certify that a copy of this Brief was mailed to the below recipients on _5 February 2024__ from Dublin FCI receptacle for Legal mail.

Plaintiff has no power over legal mail once it has been deposited with mail room clerk or legal mail receptacle used for Inmate mail.

JP CHASE MORGAN
CITIBANK
FDIC /Washington, D.C
Capital One
Regions Bank
BB&T

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: DUB-B-A

---------------------------------------------------------------------------------------------------

FROM: 03260180
TO:
SUBJECT: oral Argument

## STATEMENT OF ORAL ARGUMENT

Plaintiff Priscilla Ellis honorably requests this Court to consider allowing her to appear

via satellite Court T.V. to present her case orally.

Plaintiff understands that this is not the norm, but due to the extraordinary

circumstances involving this case, an oral disposition is vital to get all on the

record of the court.   ALL Federal Bureau of Prisons have a Court T.V. system

available on site, therefore Plaintiff is pleading with the court to allow

an opportunity to be heard on the record of the court.  No amount of writings can

effectively explain the horrific wounds that exists from the racial discriminatory, bias and

victimizing that plaintiff continue to endure because of these defendants.

## PRELIMINARY STATEMENT

Plaintiff in this Brief is referred to as Priscilla Ellis, Magistrate Jeffrey Manske is

referred to as Judge Manske.Magistrate Gilliland is referred to as Judge Gilliland.

The unlawfully issued Barebones Warrant in question is

W15-179M ( issued out of Waco Texas by Judge Manske 20 August 2015, served 31 August 2015)

Warrant issued in correlation with WA 15-MJ-184 (1) JCM with affidavits from Killeen, Texas

Police Department, nothing to do with Fruits of a crime.

## STATEMENT OF SUBJECT MATTER JURISDICTION

Jurisdiction is vested in the United States Court Of Appeals from an Appeal in the Western

District of Texas from a Final Judgment pursuant to 28 U.S.C. 1291.

The Fifth Circuit Court of Appeals have the Supervisory Powers and control over the

final decisions coming from the Western District of Waco, Texas pursuant to 18 U.S.C. 3741,

 However based upon the Fifth Circuit decision n 20-50833, The Fifth Circuit does

not Hold Jurisdiction because FDIC has NEVER responded, although they have been

served and they have not been DISMISSED from this present lawsuit.

Plaintiff has also motioned the Waco District Court for a summary Judgement

against the FDIC , which has not been ruled upon, therefore depriving the Fifth

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: DUB-B-A

----------------------------------------------------------------------------------------------------

Circuit Jurisdiction over this instant case according to the decision by the Fifth

Circuit Court of Appeals in Appeal 20-5833.

Respectfully Submitted;

Priscilla A. Ellis
Pro-se'
United States Army Veteran

TRULINCS  03260180 - ELLIS, PRISCILLA ANN - Unit: DUB-B-A

---------------------------------------------------------------------------------------------------------------

FROM: 03260180
TO:
SUBJECT: BRIEF BODY    13 January 2024

### STATEMENT OF THE CASE

On August 31, 2015, Plaintiff appeared before Magistrate Judge Manske after being

served with a Barebones warrant W15-179M t seize her funds and assets.  3 years preceding

a Final Judgement. This cannot be according to the 4th, 5th, and 14th Amendments of the

Untied States Constitution. In order to remove funds from an account of a depositor, there

must be an hearing to establish taint.  There must be Due Process.  See attached

5.1 Hearing, see attached warrants used to take money from accounts in September

2015.  The Judgment issued for seizure was 2 years later after funds had been removed

from Plaintiff's accounts without a hearing to establish a taint.  This violated

the 4th Amendment of the United States Constitution.  Plaintiff has already briefed this case

please see Fifth Circuit Court 20-50833 Brief as well as attached Initial hearing transcript to

see that Judge Manske denied on the record Plaintiff's right to have an attorney present

although plaintiff told Judge Manske on the transcript record Exhibit A attached with the

Warrants for funds as Exhibit A 1 through A7 used to remove the funds. On the record plaintiff

told Judge Manske that she was denied the right to call her attorney UNTIL after she saw

him. Instead of Judge Manske telling the Marshalls to take Ellis out and allow her to call her

attorney, he proceeded with the 5.1 hearing violating the 6th Amendment of the United States. The right to

appear with an attorney during a critical stage of a criminal indictment.

See Attached Exhibit B of Judge Gilliland setting a hearing and when Ellis tells him that she wants

to appear at the hearing via Court T.V. (See Emails from Para legal to Judge Gilliland's

Court Clerk. ( Exhibit B1) where immediately, the Judge cancels the Hearing and dismisses

the case with half truths. He stated that he had considered all evidence, but there is a disk with

ALL of Ellis' banking statements with wire transactions with the clerk at doc #49.

This is proof that Judge Gilliland was in co-hoots with his counter judge Manse to prejudice

Ellis be discriminatory and cover up their violations of the 4th, 5th 6th, 8th and 14th Amendments

of the United States Constitution.  Ellis is entitled to ALL of her funds and punitive

damages from each bank.  NO one can remove funds from an account in Texas of a

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: DUB-B-A

--------------------------------------------------------------------------------

Texas resident 3 years PRECEDING a monetary Judgment in a criminal matter out of

Plaintiff's Venue.

Plaintiff is entitled to the requested relief. Plaintiff also request that court reference the docket to

see all of the pleadings and the fact that plaintiff has diligently with appropriate law standards from

the United States Supreme Court, and other circuits to include Honeycutt vs United States,

which is retroactive and applies to plaintiff. Also see Luis vs United States which also applies

to Plaintiff. Please also reference the docket for 6:20-cv-01039 Waco District Court.

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: DUB-B-A

---------------------------------------------------------------------------------------------

FROM: 03260180
TO:
SUBJECT: Oppose Dismissal Waco #2
DATE: 12/25/2023 09:25:40 AM

USA                                    United States District Court
                                       Western District of Texas
                                       Waco Texas Division

Priscilla Ellis-Erkkila
          Plaintiff                         Civil Case No: 6:20-cv-01039

          vs.

Citibank, J.P Morgan Chase, Regions Bank, Capital One,
United States Of America FDIC
          Defendants

                          PETITION TO OPPOSE DISMISSAL
               NO SEIZURE CAN PRECEDE a criminal forfeiture by three years

Plaintiff hereby pray upon this honorable Court to deny the dismissal of Doc # ECF No 6, ECF No. 13, ECF No 48 ,49 and ECF 105

The Court upon it's own motion is requesting a response form Ellis-Erkkila, but has not presented a Motion upon it's own accord to compel Citibank, JP Morgan Chase, Regions Bank, Captial One nor BB&T to answer the interrogatories which will prove that there is No evidence of anyone on the Victims list sending any funds to any accounts being sued in this litigation. This list is included in a response from Citibank's Attorney David Avila, which is more of a reason the Court should compel the answering of the Interrogatories priority to any other requests in this instant case except a Hearing, which both parties are entitled.

Plaintiff has a right to be heard see e.g. 5 U.S.C.A 556.

A blatant disregard for the laws and client /depositor banking relations ship agreement gravely harmed Plaintiff , her family and her liberties when these banks removed Plaintiffs funds over 3 years proceeding a criminal forfeiture Judgment in the Middle District of Florida unsubstantiated and nothing to do with a crime involving assets in Texas.   The Supreme Court states this is unlawful, See Honeycutt vs United States
Luis vs United States.

The banks cannot save a poisonous fruit by trying to say it was okay for them to remove funds not belonging to them preceding a Criminal forfeiture in another state by three years.   They jumped the Gun, and caused irreparable harm and damages and are liable to Plaintiff to return her funds plus pay for pain and suffering and mental and emotional distress as well as the irreparable harm that they caused plaintiff by her home going into foreclosure and daughter being put out as a teenager already going through turmoil with what was happening with her mom.

Can you imagine entrusting your funds with one of these banks and the government says remove the funds from the account because am sure 3 to 4 years from now, we will get a criminal forfeiture?  This is blatant disregard for the laws and abuse of their authority and darn right criminal and overt violation of the 4th Amendment of the United States Constitution, all are in multiple states so fall within the Federal realms of the laws , so for Citibank to state they are not upheld to federal banking regulations and  laws, is another untruth and again intentional fraud brought upon the court and plaintiff by Citibank N.A's attorney David Avila II. Banks have a right as Persons to do right despite a Barebones Warrant.

Citibank is the main culprit in this case along with JP Morgan Chase and BB&T as well as Regions that caused the most damage to Plaintiff and This case shall be allowed to proceed to a Jury Demand Trial as requested in original pleading.

No one can foresee the future by three years preceding a criminal judgement to deny plaintiff access to her funds by totally removing them from her accounts.

4th Amendment protects all Persons from their property being confiscated or seized without facts and with a Barebones warrant such as the Barebones warrant issued by Judge Manske W15-179M in the Western District of Texas 31 August 2015 and which

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: DUB-B-A

--------------------------------------------------------------------------------

was used by the Middle District of Florida to remover ( NOT freeze ) Ellis-Erkkila's funds from her Texas accounts three (3) years before a judgement issued for the crime of others, nothing to do with Ellis nor her hard earned funds that were earned and received in Texas, nothing to do with a crime in Florida with a Judgment issued 3 years AFTER funds were removed from Ellis-Erkkila's Account. Violating, 4th, 5th, 6th and 14th Amendments of the US Constitution as well as the Bank's fiduciary responsibility according to the Client/bank depositor agreement signed at the time of plaintiff opening her accounts at these Banks. Banks are corporations considered Persons so fall under Constitution.

Also see the Oath of Affirmation used to secure the Barebones Warrant in Western District of Texas W15-179M ( The oath of affirmation is using allegations from an incident report at the Killeen Police Department reference counterfeit checks while Plaintiff and her husband was assigned to Hawaii, Tripler Hospital on Army Orders with her Businesses still in Killeen , Texas) in early 2005/2006. Proof that the funds were not removed pursuant to a Judgement , as in September 2015, NONE of the above to include Citibank, Chase; J.P Morgan, Regions Bank, Capital One, BB&T or the FDIC had a Judgement Order of forfeiture for anything concerning Priscilla Ellis -Erkkila.

Again, these funds were not frozen into Plaintiff's accounts but REMOVED.

This is Pure Negligence.

Negligence according to Black's Law:

This term refers only to that Legal delinquency which results whenever a man fails to exhibit whether it be slight, ordinary or great, conduct which falls below the standard established by law for the protection of others against unreasonable risk of harm. It is a departure from the conduct expectable of a reasonably prudent person under like circumstances.

It is characterized chiefly by inadvertence, thoughtlessness, inattention, and the like while wantonness or recklessness characterized by willfulness.

The law of negligence is founded on reasonable conduct or reasonable care under all circumstances of particular case.

Doctrine of negligence rests on duty of every person to exercise due care in his conduct towards others from which injury may result

Neither of the above Defendants protected Ellis-Erkkila and Vicken International Traders LLC and her then young daughter's assets and funds that were entrusted to them diligently and according tot heir client/customer agreement.

All of Ellis-Erkkila's accounts were in good standing, never a written complaint on any of Ellis' accounts deposited with these banking institutions for years prior to their unlawful breach of trust and contract and fourth amendment of the US Constitution and Fourteenth and Fifth Amendment of the US Constitution violation as well as Texas Banking Code violations.

IV Amendment of the US Constitution: The right of the people to be secure in their persons, houses, papers and effects against unreasonable searches and seizures, shall not be violated and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched and the persons or things to be seized.

Warrant W15-179M failed to do this and again, Neither Banking institution above in the he multiple years of Ellis-Erkkila banking with them ever sent her any type of written violations or complaints as all of her accounts were held in good standing for her personal and business accounts.

XIV Amendment of the US Constitution

All persons born or naturalized in the Untied States, and subject to the Jurisdiction thereof, are citizens of the United States and the State wherein they reside. No STATE shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States nor shall any State deprive any person of life, liberty or property, without Due Process of law; nor deny to any person within it's jurisdiction the EQUAL protections of the laws.

Ellis was denied the right to an attorney at the initial appearance before Judge Manske denied Sixth Amendment protections of the right to appear to initial appearance with an attorney although on the record telling the Judge Manske that I was told that had to see him before calling an attorney. As a seasoned Judge he knew better but had an invested interest in the crooked proceedings.

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: DUB-B-A

--------------------------------------------------------------------------------------------------------

No Judge says to people in the court to let someone call an attorney AFTER they appear before him but to take someone out of the court room call their attorney and re-appear before him represented by an attorney,(as Judge Manske did, evidence from attached exhibit) , especially in a hearing that removes them from their Home STATE to a place they NEVER knew existed in life never sent nor received any bank wires, as evidence will show if the court compels Citibank to answer the Interrogatories that their Attorney opened them up for when he blatantly put the victim's list inside as their evidence to the court, so should be compelled to substantiate their documents that they provided to t he court on their own free will see doc ECF No 48/ 49 ( Response) from Citibank Attorney David Avila)

No one has a right to Bite a poisonous Apple several /Multiple times and the court allow them to get away with it, as all of the evidence points to in this instant case and since the very initial appearance in the Western District of Texas of the unlawful 5.1 hearing conducted without allowing Priscilla Ellis the right to appear with an attorney as she is on the record requesting, not knowing or realizing the detrimental and harmful irreversible results of Judge Manske's actions.

The Court should compel Citibank to answer the Interrogatories and pursuant to Amendment VII of the US Constitution, if there is an amount in dispute / Controversy over the sum of Twenty dollars a person is entitled to a trial by Jury. Ellis-Erkkila is not only opposing the dismissal of this Civil suit but is praying upon the Court to grant a Hearing and to compel Citibank to answer its Interrogatories as well as the other banks Chase, Regions, Capital One and the FDIC on the record of the Court.

All above has caused grave irreversible Harm and caused severe damages from their negligence of the handling of Plaintiff's funds that was entrusted to them diligently with a Client/ bank agreement and the court should make sure that they are held accountable and are held to the agreement signed by them and Ellis Erkkila. The Banks should be held accountable for their negligence because of their breach of contract and constitutional violations and the original claims as outlined in the written filed Civil complaint .

There was NO forfeiture order in September 2015 from ANY Court when the Citibank, Chase J.P Morgan, Regions Bank, Capital One Bank, BB&T removed funds from Plaintiffs accounts unlawfully. A forfeiture Judgement, unsubstantiated in Texas issued in Florida over 3 years after the REMOVAL of funds from Plaintiffs accounts (NOT FREEZING THE ACCOUNTS, BUT PHYSICALLY REMOVING THE FUNDS ) does not substantiate or excuse the actions of the Defendants in this instant case nor their negligence, over reach, and multiple United States Constitutional violations and Texas Banking Code violations. DID THEY HAVE A CRYSTAL BALL?

This is America and YES, we have laws and procedures that ALL must follow, not just some. For the above reasons and more, Pro-se plaintiff opposes the dismissal of these defendants from this civil lawsuit and request this honorable court to proceed by compelling Citibank, J.P Morgan Chase, Regions Banks and Capital One as well as FDIC to answer the Interrogatories that has been legally served upon them. The Claims made by Plaintiff are undisputable and factually documented Negligence and Violations of the US Constitution 4th, 5th, 6th, 14th, and 8th Amendments of the US Constitution. No one has the right to seize funds THREE YEARS preceding a criminal forfeiture outside of their home STATE of TEXAS that has nothing to do with their funds in accounts with these banks for several years, to include mortgages and investments. The harm and liability is grave and irreparable to include Plaintiff losing her liberty becasue she did not have funds to afford an attorney of her choice due to the Banks removing her funds from her accounts. NOT FREEZING THE FUNDS BUT PHYSICALLY REMOVED THEM ALL WITHOUT DUE PROCESS and BAREBONES Warrant 3 YEARS PRIOR to/ PRECEDING a criminal Judgement forfeiture order. Jury Demand.

Respectfully Submitted;

Priscilla A. Ellis
Us Army Veteran
Pro-Se'

Certificate of Service:

Mailed on 6-05-2023 from FCI Aliceville to

Citibank
Chase, JP Morgan
Regions Bank
Capital One
FDIC

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: DUB-B-A

--------------------------------------------------------------------------------------------------

FROM: 03260180
TO:
SUBJECT: 20-50833 CASE LAW -December 2022

See 5th Circuit Court Rues 41.2, A Mandate may be recalled to prevent injustices, such as in this instant case.

Also see 5th Circuit Court Rules 41.3 that states that granting of a re-hearing en banc automatically unless otherwise expressed vacates the panel opinion and judgement of the court and stays the Mandate.

Also the Justices gave a decision with remarks that is not in agreement with he civil complaint that plaintiff filed reference to her property being unlawfully seized with a Barebones Warrant in Bell County, Texas that was issued by the Magistrate Judge in the Western District of Texas, Waco. The seizure took place 31 August 2015 and this proceeded the Criminal Judgement and forfeiture in the State of Florida which took place over 3 years later in 2018.

See United States Court of Appeals of the Eleventh Circuit R. 41-1 (b) that a Mandate shall not be recalled once issued EXCEPT to prevent an injustice from occurring, such as in this instant Case.

If the Mandate is not recalled then Justice will continue to be equivocally, blindly and fairly provided for a United States Citizen that served their country' honorably in the Armed forces and took an oath to also protect and serve the laws of the United States Constitution.

See Carrolton-Farmers Branch Independent School District and City of Farmers Branch v. Johnson & Cravens, 13911, Inc., et, al at the Untied States Court of Appeals. Fifth Circuit, 889 F. 2d 571, 1989 U.S. App Lexis 18846 No. 87-1835 November 21, 1989

The Mandate was recalled to prevent injustice,

Also see in this same Court Fifth Circuit case in 1995, ( 1995 U.S App. LEXIS 42385)

Johnson v. El Paso County Sheriff's Dept.. March 20, 1995 A Mandate can be recalled if the Court mis interprets the law or the showing of New evidence that Plaintiff is Correct and entitled to the requested relief, as in this instant case;

see Alan Wade Johnson v. El Paso County Sheriff's Dept. 1995 U.S App LEXIS 42385, No 92-8514 ( Fifth Circuit, March 20, 1995)

Also see Canal Insurance Company v. First General Insurance, 901 F. 2d 45; 1990 U.S. App. LEXIS 6577; 16 Fed. R. Serv. 3d (Callaghan) 834 No. 89-4050 ( April 26, 1990 5th Circuit)

The Court recalled the Mandate.

This violates the Fourth, Fifth and Fourteen Amendments of the Untied States Constitution and definitely has nothing to do with a Finale Appeal. Check the Docket, Ellis has been repeatedly addressing this issue with the Western District of Texas since September 2015. Have the Clerk send the entire record and not make comments according to the recommendations, malfeasance and continued cover ups by the United States Government and intentional corruption and under the table payments received by Magistrate Judge Manse in Western District of Texas, Waco.

The Supreme Court stated in Harper that a Civil penalty assessed under The False Claims Act was so disproportionate to the Government's losses that it created a rebuttal presumption that the penalty was a second punishment in violation of double jeopardy, Harper, 490 U.S. at 448-49, 452. 10 thus, the Supreme ( 1995 U.S. Dist.. LEXIS 13) Court held as follows;

(A) defendant who already has been punished in criminal prosecution may NOT be subjected to an additional civil sanction to the extent that the second sanction may not be fairly characterized as remedial, but only as deterrent or retribution. Id at 452

The Government forfeited properties from Ellis, in excess of over $8,000,000 Million United States Dollars, yet Monetary loss as again noted in the Plea Agreement for Amadio was less then $3,800,000 ( and requested restitution in Ellis' Final sentence Judgement) in the amount of less then the $8,000,000 ( Eight Million United States dollars ) value of forfeited properties with a Barebones warrant purchased and owned into he State of Texas since 1994 to include forfeiture of Ellis' Homestead that is listed in the Divorce Decree in Bell County Court in 1996 July. The Forfeited properties, cash, vehicles, jewelry and Three fully

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: DUB-B-A

--------------------------------------------------------------------------------

stocked and operational businesses with inventory and customers base is well in excess again of over Double the amount, almost triple of the Government's alleged losses and restitution.

This also happened in United States vs. Kathryn Amyl, Joanne Amyl, and Sarina Amiel, United States District Court for the Eastern District of New York, 889 F. Supp, 615; 1995 U.S. Dist. LEXIS 12611
92-CR-238 (TCP)
June 15, 1995 Decided

In which the government decided not to give the Amiels restitution after they challenged the excessive seizure of Assets in disproportionate to the loss amount attributed by the Government to sustain not violating Fifth Amend of the United States Constitution Double Jeopardy Clause.

The Court is well aware that certain civil sanctions may be so extreme or punitive as to ( 1995 U.S. Dist. LEXIS 15) trigger the Fifth Amendment's protection against cumulative punishments, as they did in U.S. vs. Harper, supra

Therefore based upon the unrelented erroneous error of the ALJ and Justices rendering an opinion outside of the scope of the original issue at hand which is the Seizure with a barebones warrant that preceded a criminal forfeiture by over three years in the State of Texas using Barebones warrant W15-179M.

This violated Ellis' Fourth Amendment rights and All properties that were seized need to be returned as they were unlawfully taken regardless of what happened over 3 years later in another State.

All Black women are not stupid and can comprehend what they read as well as the laws, especially when Ellis as a United States Army Soldier and Military spouse for over 30 years that served at the highest level to include being a NATO spouse, took the same oath to protect and serve the laws pursuant to the United States Constitution.

Treat Blacks requesting adequate relief the same as all others, equally and Blindly. Justice is suppose to be fair for all, Not some.

Ellis has received a lynching in the 21st Century and coverups after cover ups of malfeasant Government orchestrators to include Judges, prosecutors and the like.   Ellis will not stop until Justice is served equally and entitled.  No Justice sitting on this board can say that is is okay for someone to come into their home with a BAREBONES warrant with affidavits of a crime in Texas

to STEAL ALL that they own and have accumulated over the years of their life and say that a judgment rendered over 3 years later in another State unverified is okay to have a seizure three years preceding this criminal forfeiture.

IT IS NOT. This is blatant over reach of power, violation of the 4th Amendment of the U.S Cost, violation  of Fifth and Fourteen Amendments, Due Process and it cannot stand.

All that Ellis requested in her original pleading should be granted by this instant court and allow a Hearing on the the record and rehearing en banc per Fed App R 35.  Texas is the ONLY Jurisdiction known to law pursuant to Art III, 2, cl3 of the U.S Constitution evidenced by the attached initial hearing yo see Judge Manske in the Western District of Texas stating that the Government, NOT Florida has requested to seize assets at an initial appearance before going to trial before a judgement , before any Due process. This is America, NOT a third world Country. I am requesting the Court to recall the Mandate and allow a hearing with all parties to include myself and the government before this court expeditiously without further delay and grant entitled relief, it is long over due and very RIPE, A the Mandates were re-called by this court for the above cases for far less then what has happened to Priscilla Ann Ellis-Erkkila an honorably discharged Army Veteran, who is already suffering at the hands of Justice for a crime of others Unknown.

Does a person not have the right to leave their hard earned assets to their family members? Isn't this what America is about? Working hard and passing on your assets and property to your family members for Generations to come.  No one has a right to take that away but God himself!

Respectfully requesting that this MANDATE be recalled;  Justice should be Equal, Blind, Fair and Just for ALL, not just the WHITE, RICH and POWERFUL!

Respectfully Submitted;

**Page 1**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA ) Docket No. WA 15-MJ-184(1) JCM
                         )
vs.                      ) Waco, Texas
                         )
PRISCILLA ANN ELLIS      ) August 11, 2015

TRANSCRIPT OF INITIAL APPEARANCE
BEFORE THE HONORABLE JEFFREY C. MANSKE

APPEARANCES:

For the United States:    (No Appearance)

For the Defendant:        (No Appearance)

Transcriber:        Ms. Lily Iva Reznik, CRR, RMR
                    501 West 5th Street, Suite 4153
                    Austin, Texas 78701
                    (512)391-8792

Proceedings reported by digital sound recording,
transcript produced by computer aided-transcription.

LILY I. REZNIK, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)

**Page 2**

1    (Proceedings commence at 2:05 p.m.)
2    THE CLERK: Case No. W-99-CR-17, The United
3    States of America vs. Michael Wayne Caufield Case No.
4    W-15-184-N, Reference 6115-CR-320, The United States of
5    America vs. Priscilla Ann Ellis, Defendant No. 1, and
6    Perry Don Cortese, Defendant No. 2, for an initial
7    appearance.
8    Raise your right hands, please.
9    Do you, and each of you, solemnly swear the
10   statements which you may give in these cases now before the
11   Court shall be the truth, the whole truth, and nothing but
12   the truth, so help you God?
13   (Affirmative responses given.)
14   THE COURT: All right. Good afternoon, everyone.
15   Beginning first with Mr. Caufield, I would like
16   for each of you to state your full name, first, middle and
17   last, for the record, then tell me how old you are and,
18   finally, how far you went in school.
19   Mr. Caufield.
20   DEFENDANT CAUFIELD: Michael Wayne Caufield.
21   THE COURT: How old are you?
22   DEFENDANT CAUFIELD: Forty-three and I have a
23   GED.
24   THE COURT: What was the last grade you attended?
25   DEFENDANT CAUFIELD: Eleventh.

LILY I. REZNIK, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)

**Page 3**

1    THE COURT: Thank you.
2    -- Ms. Ellis.
3    DEFENDANT ELLIS: Priscilla Ann Ellis. I have a
4    doctorate.
5    THE COURT: How old are you?
6    DEFENDANT ELLIS: Fifty years old.
7    THE COURT: Mr. Cortese.
8    DEFENDANT CORTESE: I'm Perry Don Cortese.
9    THE COURT: Cortese. All right.
10   DEFENDANT CORTESE: I'm 52 years old.
11   THE COURT: How far'd you go in school?
12   DEFENDANT CORTESE: I have a doctorate in
13   jurisprudence.
14   THE COURT: Do either of you folks suffer from --
15   any of you folks suffer from any physical or mental
16   condition that might affect your ability to understand why
17   you're here in court today? Mr. Caufield?
18   DEFENDANT CAUFIELD: No, sir.
19   THE COURT: Ms. Ellis?
20   DEFENDANT ELLIS: No. I don't agree with why I'm
21   here, sir. But.
22   THE COURT: All right. I understand that.
23   Mr. Cortese?
24   DEFENDANT CORTESE: No.
25   THE COURT: Any of you currently under the

LILY I. REZNIK, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)

**Page 4**

1    influence of any drug, alcohol, or medication that might
2    affect your ability to understand why you're here in
3    court? Mr. Caufield?
4    DEFENDANT CAUFIELD: No, sir.
5    THE COURT: Ms. Ellis?
6    DEFENDANT ELLIS: No. I'm on medicine, but that
7    doesn't --
8    THE COURT: But it does not have any effect on
9    your ability to comprehend?
10   DEFENDANT ELLIS: No, sir. It's (indiscernible).
11   THE COURT: All right. Mr. Cortese?
12   DEFENDANT CORTESE: No.
13   THE COURT: Folks, this proceeding is called an
14   initial appearance. It's called that just because it's
15   your first time to appear in court before me on these
16   charges. Purpose of this hearing is for me to advise you
17   of your constitutional and statutory rights, go over with
18   you what you're charged with, explain to you the range of
19   punishment you're facing, and to let you know when and
20   what your next court appearance will be.
21   I do need to advise each of you that you do have
22   the right to remain silent. You're not required to speak
23   to anybody from law enforcement about these charges pending
24   against you. If you start to speak to anybody from law
25   enforcement about these charges, you can stop at any time.

LILY I. REZNIK, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)

1 You simply do not have to talk 'em if you don't want
2 to.
3    The reason I tell you this is, if you do speak to
4 anyone from law enforcement about these charges, anything
5 that you tell them can and probably will be used against
6 you in a future proceeding. Additionally, anything you
7 say in open court about the charges could also be used
8 against you in a future proceeding.
9    Mr. Caufield, do you understand your right to
10 remain silent?
11    DEFENDANT CAUFIELD: Yes, sir.
12    THE COURT: Ms. Ellis?
13    DEFENDANT ELLIS: Yes, sir.
14    THE COURT: Mr. Cortese?
15    DEFENDANT CORTESE: I do.
16    THE COURT: Mr. Caufield, you're charged with
17 violating the terms and conditions of your supervised
18 release. There are four violations against you. Any one
19 of the four violations is found to be true, the term of
20 supervised release could be revoked, and you could go back
21 to jail for up to five years.
22    Violation one is that on or about March 6 of
23 2015, you used and possessed cocaine, and that you
24 submitted a urine sample which tested positive for that
25 substance;

1 as well as a $100 mandatory special assessment, which goes
2 to the Crime Victims Fund.
3    Count 1, the one I just named the statute of, is
4 wire fraud conspiracy and it is described in the
5 indictment.
6    In Count 2, you're charged with a violation of
7 Title 18, United States Code, Section 1956, International
8 money-laundering conspiracy. That carries a 20-year
9 maximum term of imprisonment, a $500,000 maximum fine, a
10 three-year term of supervised release, and a $100
11 mandatory special assessment.
12    Have each of you received a copy of the
13 indictment naming you? Ms. Ellis?
14    DEFENDANT ELLIS: Yes, but --
15    THE COURT: That's this document here.
16    DEFENDANT ELLIS: I see the indictment, but, sir,
17 this has nothing to do with me.
18    THE COURT: I understand that. But did you
19 receive a copy --
20    DEFENDANT ELLIS: Yes, sir.
21    THE COURT: -- of it? All right. And I
22 understand you may disagree with what's contained in
23 there, and you certainly will have the right to plead not
24 guilty, but do you understand what it is the government is
25 at least claiming that you've done, whether it was you or

1    Violation two, that on or about July 2 of 2015,
2 you possessed marijuana, and that you were discovered by
3 the Waco, Texas Police Department in possession of
4 marijuana in a drug-free zone;
5    Violation three, on or about July 2 of 2015, you
6 possessed cocaine, and that you were discovered by the
7 Waco PD in possession of cocaine in a drug-free zone;
8    And finally, violation four, that you violated
9 standard condition No. 14, and that you failed to notify
10 the probation officer within 72 hours of being arrested or
11 questions by a law enforcement officer on July 2 of 2015.
12    Do you understand what it is alleged to
13 have done as well as the range of punishment?
14    DEFENDANT CAUFIELD: Yes, sir.
15    THE COURT: Any questions about those things?
16    DEFENDANT CAUFIELD: No, sir.
17    THE COURT: Did you receive a copy of the
18 petition naming you?
19    DEFENDANT CAUFIELD: Yes, sir.
20    THE COURT: All right. Ms. Ellis, and, Mr.
21 Cortese, you're charged with a violation of two different
22 statutes. In Count 1, a violation of Title 18, United
23 States Code, Section 1349. That particular offense
24 carries a 20-year maximum term of imprisonment, a $500,000
25 maximum fine, and a three-year term of supervised release

1 not who did it --
2    DEFENDANT ELLIS: Oh, I under --
3    THE COURT: -- do you understand what's set forth
4 on the paper?
5    DEFENDANT ELLIS: Oh, I understand what they're
6 saying, but this is all lies.
7    THE COURT: All right. That's fair enough. And
8 you are certainly entitled to maintain that position. My
9 job at this point is just to make certain that you
10 understand what it is the government is charging you with
11 and the range of punishment as well as your other rights.
12    Mr. Cortese, do you understand the charges and
13 the range of punishment?
14    DEFENDANT CORTESE: I do.
15    THE COURT: Mr. Caufield, you're entitled to a
16 hearing with respect to these charges. The government
17 will have the burden of proving the charges against you to
18 be true by what's called a preponderance of the evidence.
19 That just means more likely true than not in order for a
20 violation to be found.
21    Mr. Cortese, and, Ms. Ellis, you're entitled to a
22 trial by jury. The government has the burden of proving
23 each of you guilty beyond a reasonable doubt. None of you
24 would ever have to prove your own innocence. At your
25 hearing and your trial, your attorneys would have the

**9**

1 right to cross-examine or ask questions, if you will, of
2 any witnesses that the government calls to testify against
3 you. Also at trial, in your hearing, you'd have the right
4 to testify in your own behalf. On the other hand, you'd
5 also have the right to remain silent, and the fact that
6 you chose to remain silent couldn't be used against you in
7 determining whether or not you're guilty, or in the case
8 of Mr. Caufield, whether or not the charges are true.
9       You have the right to be represented by an
10 attorney of your own choosing. You can't afford one, one
11 will be appointed for you. You also have the right to
12 talk to your lawyer before any questioning by law
13 enforcement. You also have the right to have your lawyer
14 with you during any questioning by law enforcement.
15       I see that all of you have completed financial
16 affidavits; that tells me you'd like the Court to appoint
17 an attorney for you. That form that you've completed is
18 subject to the penalties of perjury. So if you haven't
19 been truthful in completing that form, you can also be
20 prosecuted for that offense, which carries jail time and a
21 fine, as well.
22       Mr. Caufield, were you truthful in completing
23 your financial affidavit?
24       DEFENDANT CAUFIELD: Yes, sir.
25       THE COURT: Thank you.

LILY I. REZNIK, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)

**10**

1       Ms. Ellis?
2       DEFENDANT ELLIS: Yes. I didn't ask for an
3 appointed attorney.
4       THE COURT: Well, you signed the form, the
5 financial affidavit, indicating that you submitted this in
6 support of a request for a court-appointed attorney.
7       DEFENDANT ELLIS: Oh, no, not for a
8 court-appointed attorney. I wrote drown there in the
9 notes that I wanted the Court to call attorney Russ Hunt.
10 I did not say I wanted a court-appointed attorney, sir.
11       THE COURT: All right. Well, I don't see that in
12 notes on this particular form, but have you retained Mr.
13 Hunt?
14       DEFENDANT ELLIS: No. I need to call him. They
15 said I couldn't call him until I talked to you.
16       THE COURT: All right. We will notify him --
17       DEFENDANT ELLIS: Yes. I think.
18       THE COURT: -- that you have requested that he
19 contact you.
20       DEFENDANT ELLIS: Yeah. They didn't give me a
21 phone call. They said I needed to talk to you first.
22       THE COURT: All right. Will you let her call Mr.
23 Hunt's office from the holding area?
24       SPEAKER: (Indiscernible).
25       DEFENDANT ELLIS: Oh, to my -- he made a call --

LILY I. REZNIK, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)

**11**

1 the FBI made a call to my daughter, but they told me that
2 I couldn't get my free phone call until I talked to the
3 judge.
4       THE COURT: All right. Will you just let her
5 make a phone call to Mr. Hunt's office?
6       SPEAKER: (Indiscernible).
7       THE COURT: All right. Thank you.
8       DEFENDANT ELLIS: Trust me, I'm not trying to say
9 that you guys weren't -- you've been very professional.
10       THE COURT: It's all good.
11       All right. Mr. Cortese, did you want a
12 court-appointed attorney or not?
13       DEFENDANT CORTESE: Well, I -- at this time, I
14 don't have funds to -- for this kind of a thing, this type
15 of allegation.
16       THE COURT: So I will forward your financial
17 affidavit to Florida where you -- yes?
18       DEFENDANT CORTESE: Oh, I didn't mean to
19 interrupt you.
20       THE COURT: No. That's all right. No problem.
21       DEFENDANT CORTESE: I apologize. I can't see --
22 I've got to read through these glasses, but I can't see
23 you through these glasses.
24       THE COURT: Ah, I understand completely.
25       DEFENDANT CORTESE: Will you set us a bond at

LILY I. REZNIK, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)

**12**

1 this time for this case? This is a --
2       THE COURT: Well, this case is pending out of the
3 Middle District of Florida, Tampa Division, and the United
4 States is moving to detain you without bond in this case
5 currently. As such, I have been asked by the government
6 and have signed orders of removal, ordering the United
7 States Marshals to transfer you all within ten days to the
8 Middle District of Florida, Tampa Division, where you'll
9 be appointed an attorney then; and then, at that time, if
10 there are not any other holds on you, you'll have a
11 hearing to determine if you can be released on bond from
12 there.
13       DEFENDANT CORTESE: I'm not familiar with -- and
14 I apologize.
15       THE COURT: No. That's all right. There's --
16       DEFENDANT CORTESE: I'm not familiar with the
17 process of federal courts.
18       THE COURT: It's different. In state court,
19 you'd show up, you'd appear before a judge, a bond would
20 be set, you'd call the bail bondsman, post it, off you go.
21 It's a little different in federal court. The government
22 is entitled to an automatic continuance in certain cases.
23 This one certainly complies with that.
24       Yes, sir. Your question?
25       DEFENDANT CORTESE: Oh --

LILY I. REZNIK, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)

15

**Column 1 (Page 15):**

DEFENDANT CORTESE: I was -- I mean, I'm my

family's been from here for over a hundred years, I --

from Temple, Texas. I -- I'm not a flight risk of any

kind.

THE COURT: Unfortunately --

DEFENDANT CORTESE: The amount of time that it

takes to -- to go to -- I mean, this hearing could be a

number of days. I could literally be out -- completely

out of work at that point in time.

THE COURT: I understand that. Unfortunately,

these -- if these charges arise -- arose out of the Waco

Division, I could address it. They arise out of the

Tampa Division. That's where this indictment -- it's

controlled by that jurisdiction down there. It's possible

that Mr. Hunt might be able to do something on behalf of

Ms. Ellis. If you get an attorney here, they can contact

the U.S. Attorney's Office down there, the Pretrial

Services Office down there, and see if they could work

something out. I don't know what they can or can't do.

DEFENDANT CORTESE: Can I get a phone call out to

someone? Because I haven't been --

THE COURT: Yeah. I'll let you make a phone call

out to someone, if you like, and --

DEFENDANT CORTESE: I mean, I can call my -- if I

can call my office and get them to try to get somebody --

**Column 2 (Page 15 continued):**

make any statement in open court --

DEFENDANT ELLIS: Okay. Well, can I be

transported --

THE COURT: -- until you've talked to your

attorney.

DEFENDANT ELLIS: Can I be transported to the VA

hospital then? I don't care if I stay in cuffs. I mean,

I just had surgery. I --

THE COURT: Let the nurse at the Jack Harwell

Unit know, if that's where she's going, that she's had

surgery and that she needs to be evaluated to see if she

needs to be medically treated.

DEFENDANT CAUFIELD: Excuse me, your Honor.

THE COURT: Yes, sir.

DEFENDANT CAUFIELD: I don't -- I don't own any

property --

THE COURT: For the record, Mr. Caufield.

DEFENDANT CAUFIELD: Yes. I don't own any

property, or business, or nothing like that. But I have

had a job, but I didn't see no slot for that, within the

last year.

THE COURT: Well --

DEFENDANT CAUFIELD: I didn't -- you know,

just --

THE COURT: You didn't -- you don't --

14

**Column 1 (Page 14):**

try to get a hold of somebody. Because I don't have any

phone numbers. I don't have any ability to call anybody

without any phone numbers.

I don't -- I mean, this arises out of Tampa. I

have no contact with Tampa. I'm not aware that Ms. Ellis

has any contact. I -- I'll let you talk to Ms. Ellis

(indiscernible).

DEFENDANT ELLIS: He's my business attorney.

I've never done any business with anyone out of Tampa.

Nothing.

DEFENDANT CORTESE: I'm not sure how they can --

how this --

THE COURT: All I can do is read the indictment

itself and explain it to you. I know no more about this

case than you do.

DEFENDANT ELLIS: Well, sir --

DEFENDANT CORTESE: I don't know -- I don't even

know who this Muhammad Neji is. I don't know who that is.

DEFENDANT ELLIS: No. That's the guy that called

wanting you to represent him is all I know.

DEFENDANT CORTESE: Well, that's --

THE COURT: I would recommend that you not make

any comments as to who he is or who he's --

DEFENDANT ELLIS: Okay --

THE COURT: -- who he's not, and that you not

**Column 2 (Page 16):**

16

DEFENDANT ELLIS: And how --

THE COURT: You're saying you didn't get any

benefit out of having a job? Is that what you're saying?

Or -- oh, you mean on your financial affidavit.

DEFENDANT CAUFIELD: Yes.

DEFENDANT ELLIS: (Indiscernible).

THE COURT: All right. It says -- where'd you

previously work?

DEFENDANT CAUFIELD: At Barsh Construction.

THE COURT: Spell it.

DEFENDANT CAUFIELD: B-A-R-S-H, Construction.

DEFENDANT ELLIS: (Indiscernible).

THE COURT: All right. I'm writing on there in

my own handwriting, previously worked at Barsh

Construction. From what time period?

DEFENDANT CAUFIELD: Roughly two-and-a-half

years.

THE COURT: Making?

DEFENDANT CAUFIELD: $10 an hour.

THE COURT: All right. Well, you do qualify

for --

DEFENDANT ELLIS: (Indiscernible).

THE COURT: -- a court-appointed attorney. I've

made that note and I've initialed it. So they'll know

it's my writing as opposed to yours. You won't get in

**17**

1  trouble for that.

2  DEFENDANT CAUFIELD: All right.

3  THE COURT: No worries. All right? All right.

4  Do you understand your rights, Mr. Caufield?

5  DEFENDANT CAUFIELD: Yes, sir.

6  THE COURT: All right. Sam Martinez will be

7  appointed to represent you. Your final revocation hearing

8  will be September 9th at 1:00 before Judge Walter Smith,

9  who sentenced you previously.

10  All right. Ms. Ellis, do you understand your

11  rights?

12  DEFENDANT ELLIS: Your Honor, I understand, but I

13  don't understand.

14  THE COURT: I understand that. I'm imagining

15  that today is incredibly overwhelming for you both and

16  your processing and dealing with everything. All I can do

17  is let you know that you're going to be taken to the jail

18  at this point, you'll be processed. There's not a bond

19  currently set. You'll both have the opportunity to make

20  phone calls from the marshal's holding cell before you'll

21  be transferred.

22  Mr. Siegel, you've confirmed that Tampa is

23  wanting both of these individuals detained; is that

24  correct?

25  PRETRIAL OFFICER: Yes, your Honor. They want

LILY I. REZNIK, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)

**19**

1  THE COURT: Do you have any questions for me?

2  DEFENDANT CORTESE: No, sir.

3  THE COURT: All right. Good luck to you folks.

4  DEFENDANT ELLIS: Oh, can I ask you one thing?

5  THE COURT: Yes, ma'am.

6  DEFENDANT ELLIS: When will we see you again,

7  your Honor?

8  THE COURT: You won't see me again. You'll be

9  going into custody and you'll be transferred. They'll put

10  you on a plane. You'll fly out of Oklahoma City, I think

11  it is, and be transferred to Tampa.

12  DEFENDANT ELLIS: Okay. So once --

13  THE COURT: They have ten days to get you from

14  today to your next hearing.

15  DEFENDANT ELLIS: Once we're -- okay. Once we're

16  done in Tampa, I mean, how do we get home? My daughter is

17  here.

18  THE COURT: Well, I don't know whether or not

19  you're going to be able to get home. The judge there in

20  Tampa has to release you on bond in order for you to get

21  home, otherwise, you stay in jail in Tampa. They'll make

22  an assessment as to whether or not you're a risk of

23  nonappearance or a danger to the community, and that could

24  be an economic danger to the community. It doesn't just

25  have to be someone who's violent.

LILY I. REZNIK, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)

**18**

1  them back.

2  THE COURT: All right.

3  DEFENDANT ELLIS: Well, I've never been there.

4  Is there a way that you can --

5  THE COURT: You don't have to have been there.

6  DEFENDANT ELLIS: No. I'm saying I've never had

7  any business dealings there whatsoever. Can we wait until

8  my attorney calls them before you decide, your Honor,

9  whether or not you'll give us a bond?

10  THE COURT: I'm not the one making the decision

11  whether or not to give you a bond. It's folks -- it's

12  judges and prosecutors in Tampa.

13  DEFENDANT ELLIS: I mean, I have a daughter. I

14  have a daughter --

15  THE COURT: And you'll be able to talk to Mr.

16  Hunt. Mr. Hunt can run the traps for you and figure out,

17  and he can get you a good advocate on the ground, being

18  your eyes and ears for you. That's the best you can do.

19  DEFENDANT ELLIS: I have a daughter, your Honor.

20  I mean, I don't know -- I don't have family here. One

21  sister that's military. I don't know what to do.

22  THE COURT: I think your idea of calling Mr.

23  Hunt's a good one. All right?

24  Mr. Cortese, do you understand your rights?

25  DEFENDANT CORTESE: Yes, sir.

LILY I. REZNIK, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)

**20**

1  DEFENDANT ELLIS: Oh, no. I never been -- I

2  mean --

3  THE COURT: I understand --

4  DEFENDANT ELLIS: The record here in Waco

5  District --

6  THE COURT: I understand --

7  DEFENDANT ELLIS: -- would show if there's an

8  appearance, I'm going to show up. I don't --

9  THE COURT: I get you.

10  DEFENDANT ELLIS: I just need to be out with my

11  daughter. She has no one but me.

12  THE COURT: As I mentioned, I recommend that you

13  call Mr. Hunt. See what he can do for you.

14  DEFENDANT ELLIS: Okay. Will he be able to

15  communicate with you today or with the other judge, your

16  Honor? I mean --

17  THE COURT: I don't know what he can or cannot

18  do. I mean, he could have to talk with the people in

19  Tampa, and I'm sure he would have to get some money first.

20  DEFENDANT ELLIS: Oh.

21  THE COURT: I also do need to advise -- I mean,

22  you can't just ask for me to point someone. You would

23  have to hire him. You're going to be appointed an

24  attorney once you get to Florida. There are also -- the

25  government is also seeking, if you'll notice in the

LILY I. REZNIK, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)

27

| | | |
|---|---|---|
| 12:18:51 | 1 | affidavit, to forfeit certain real property owned by — I |
| 12:17:06 | 2 | don't know if it's each of you or — |
| 12:17:07 | 3 | DEFENDANT ELLIS: No. That property is owned by |
| 12:17:09 | 4 | my daughter, and that property was paid off with insurance |
| 12:17:11 | 5 | proceeds years before. And everything that I have is |
| 12:17:14 | 6 | what's maintained and got while I was in the military or |
| 12:17:16 | 7 | with businesses. |
| 12:17:19 | 8 | THE COURT: Well, again, anything you say in open |
| 12:17:23 | 9 | court can be used against you. There are law enforcement |
| 12:17:26 | 10 | agents in the courtroom. |
| 12:17:29 | 11 | DEFENDANT ELLIS: Oh, it's all true, sir. |
| 12:17:40 | 12 | THE COURT: Anything you say — |
| 12:17:43 | 13 | DEFENDANT ELLIS: Everything I'm telling you is |
| 12:17:47 | 14 | all true. |
| 12:17:54 | 15 | THE COURT: All right. I'm just telling you, you |
| 12:17:54 | 16 | do have the right to remain silent. It's best to take |
| 12:17:57 | 17 | advantage of that. |
| 12:17:33 | 18 | DEFENDANT ELLIS: Okay. |
| 12:17:54 | 19 | THE COURT: All right. Good luck to you. |
| 12:18:00 | 20 | (Proceedings conclude at 2:24 p.m.) |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

LILY L. REZNIK, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)

---

28

REPORTER'S CERTIFICATE

I, LILY I. REZNIK, DO HEREBY CERTIFY THAT THE FOREGOING
WAS TRANSCRIBED FROM AN ELECTRONIC RECORDING MADE AT THE
TIME OF THE AFORESAID PROCEEDINGS AND IS A CORRECT
TRANSCRIPT, TO THE BEST OF MY ABILITY, MADE FROM THE
PROCEEDINGS IN THE ABOVE-ENTITLED MATTER, AND THAT THE
TRANSCRIPT FEES AND FORMAT COMPLY WITH THOSE PRESCRIBED BY
THE COURT AND JUDICIAL CONFERENCE OF THE UNITED STATES.

/s/Lily I. Reznik                    January 31, 2021
LILY I. REZNIK, CRR, RMR             DATE
Official Court Reporter
United States District Court
Austin Division
501 W. 5th Street, Suite 4153
Austin, Texas 78701
(512)391-8792
RPR Certification No. 4481
Expires: 1-31-23

LILY I. REZNIK, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)

AO 466a (Rev 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **WAIVER OF RULE 5 & 5.1 HEARINGS** |
| | § | (Complaint or Indictment) |
| vs. | § | |
| | § | Case Number:  WA:15-M -00184(1) |
| (1) PRISCILLA ANN ELLIS | § | |
| | § | *Ref: 8:15-CR-320(1)* |

I **(1) PRISCILLA ANN ELLIS**, understand that I have been charged in another district, the **MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION.**

I have been informed of the charges and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise - unless I am indicted - to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) an identity hearing and production of the warrant.

( ) a preliminary examination.

( ) a detention hearing.

(X) an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  *31 Aug 2015*

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

UNITED STATES OF AMERICA     §
    §
vs.     §
    §
    §
(1) PRISCILLA ANN ELLIS     §

Criminal No.: WA:15-M -00184(1)
*Ref: 8:15-CR-320(1)*

Date Appeared: August 31, 2015

*Defendant*

# PROCEEDING MEMO - INITIAL APPEARANCE

1. Complaint/Indictment/Information/Petition Filed    8/20/15    In the    Middle District of Florida, Tampa Division
                         *Date*                                    *Charging District*

    Warrant Issued:                           Arrested/Appeared on Summons    8/31/15
                       *Date*                                                 *Date*

                                         Hearing Time:   2:05 - 2:23 p.m.
2. COURT PERSONNEL:                            Total Time in Court:   0

    U.S. Magistrate Judge:    JEFFREY C. MANSKE
    U.S. District Judge:    WALTER S. SMITH, JR.
    Courtroom Deputy:    LISA TROTTER
    Pretrial Officer:    LUIS RAMOS     CARMEN HERRERA     Court
                     STUART SIEGEL     KIT MYERS     Reporter:    FTR

    Probation Officer:                                     Interpreter:    no

3. APPEARANCES:

    AUSA:   None
    DEFT:   None

4. PROCEEDINGS:

    a.    Age   50      Education   Doctorate        Gender   F

    b.    Defendant understands proceedings and is mentally competent.      (Y)   N
    c.    Defendant is informed of constitutional rights.      (Y)   N
    d.    Defendant understands charges.      (N)   N
    e.    If charged on complaint, Defendant informed of right to Preliminary Hearing.      Y   N
    f.    Defendant informed of right to legal counsel.

       _____ 1)   Defendant waives counsel.
       _____ 2)   Defendant states he/she will retain counsel.
       __X___ 3)   Defendant states he/she has retained    *Russ Hunt, Sr.*
                               Phone No.: _____
       _____ 4)   Defendant requests appointment of counsel.

                _____   Defendant HAS NOT completed the CJA23 financial affidavit.
                        Court will apoint counsel in the interest of justice but will require an affidavit to be
                        completed by the next hearing.
                _____   Defendant HAS completed the CJA23 financial affidavit and the Court will
                appoint counsel because:
                        _____   The defendant is indigent at this time.
                        _____   Even though the defendant is not indigent, counsel will be appointed in the interest of
                        justice.
                                                   is appointed as counsel.
       _____   The Court finds that the defendant is NOT eligible.

I hereby attest that the foregoing is a true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U. S. District Court

By: _____
                          Deputy

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 8:15-cr-320-T-23TGW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| PRISCILLA ANN ELLIS, et al. | Execution of SW/Check Deposit |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Holly G. Gershow, AUSA<br>U.S. Attorney's Office<br>400 North Tampa Street, Suite 3200<br>Tampa, Florida 33602 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

Pursuant to the execution of the seizure warrant, please deposit $55,797.69 in funds seized from BB&T Bank account number 1440009442476.

CATS ID: 15-FBI-005316

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(813) 274-6000 | DATE |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 18 | No. 18 | | 10/7/15 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address (*complete only different than shown above*) | | Date 11/4/2015 | Time | ☐ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: $55,797.69 USC deposited on 10/9/15.

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 8:15-cr-320-T-23TGW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| PRISCILLA ANN ELLIS, et al. | Execution of SW/Check Deposit |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Holly G. Gershow, AUSA<br>U.S. Attorney's Office<br>400 North Tampa Street, Suite 3200<br>Tampa, Florida 33602 | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Pursuant to the execution of the seizure warrant, please deposit $19,985.00 in funds seized from JPMorgan Chase Bank account number 409393373.

CATS ID: 15-FBI-005315

| Signature of Attorney other Originator requesting service on behalf of | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(813) 274-6000 | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 18 | No. 18 | [signature] | 10/7/15 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address (*complete only different than shown above*) | | Date<br>11/4/2015 | Time<br>| ☐ am<br>☐ pm |
| | | Signature of U.S. Marshal or Deputy<br>[signature] |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: $19,985.00 USC deposited on 10/9/15

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>8:15-cr-320-T-23TGW |
|---|---|
| DEFENDANT<br>PRISCILLA ANN ELLIS, et al. | TYPE OF PROCESS<br>Execution of SW/Check Deposit |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Holly G. Gershow, AUSA<br>U.S. Attorney's Office<br>400 North Tampa Street, Suite 3200<br>Tampa, Florida 33602 | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Pursuant to the execution of the seizure warrant, please deposit a total of $207,583.45 in funds seized from four JP Morgan Chase accounts.

CATS ID: 15-FBI-005314

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(813) 274-6000 | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 18 | District to Serve<br>No. 18 | Signature of Authorized USMS Deputy or Clerk | Date<br>10/7/15 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed, as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address *(complete only different than shown above)* | | Date<br>11/4/2015 | Time | ☐ am<br>☐ pm |
| | | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: $207,583.45 USC was deposited on 10/9/15

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>8:15-cr-320-T-23TGW |
|---|---|
| DEFENDANT<br>PRISCILLA ANN ELLIS, et al. | TYPE OF PROCESS<br>Execution of SW/Check Deposit |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Holly G. Gershow, AUSA<br>U.S. Attorney's Office<br>400 North Tampa Street, Suite 3200<br>Tampa, Florida 33602 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Pursuant to the execution of the seizure warrant, please deposit a total of $21,837.89 in funds seized from two Regions Bank accounts.

CATS ID: 15-FBI-005313

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(813) 274-6000 | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 18 | District to Serve<br>No. 18 | Signature of Authorized USMS Deputy or Clerk | Date<br>10/7/15 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date<br>11/4/2015 | Time<br>☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: $21,837.89 USC deposited on 10/9/15.

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF United States of America | COURT CASE NUMBER 8:15-cr-320-T-23TGW |
|---|---|
| DEFENDANT PRISCILLA ANN ELLIS, et al. | TYPE OF PROCESS Execution of SW/Check Deposit |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Holly G. Gershow, AUSA U.S. Attorney's Office 400 North Tampa Street, Suite 3200 Tampa, Florida 33602 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                    Fold

Pursuant to the execution of the seizure warrant, please deposit $7,083.08 in funds seized from Capital One Bank account number 1360626950.

CATS ID: 15-FBI-005312

| Signature of Attorney other Originator requesting service on behalf of | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (813) 274-6000 | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 18 | District to Serve No. 18 | Signature of Authorized USMS Deputy or Clerk | Date 10/7/15 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date 11/4/2015 | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS $7,083.08 USC deposited on 10/9/15.

| DISTRIBUTE TO: | 1 CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4 BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal 5 ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED Form USM-285 Rev 11/13 |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF United States of America | COURT CASE NUMBER 8:15-cr-320-T-23TGW |
|---|---|
| DEFENDANT PRISCILLA ANN ELLIS, et al. | TYPE OF PROCESS Execution of SW/Check Deposit |

| | | |
|---|---|---|
| **SERVE AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN | |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* | |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Holly G. Gershow, AUSA U.S. Attorney's Office 400 North Tampa Street, Suite 3200 Tampa, Florida 33602 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 7 |
| | Check for service on U.S.A. | 5 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Pursuant to the execution of the seizure warrant, please deposit a total of $64,584.25 in funds seized from four Citibank accounts.

CATS ID: 15-FBI-005311

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (813) 274-6000 | DATE |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 18 | District to Serve No. 18 | Signature of Authorized USMS Deputy or Clerk *Shad Y. Rios* | Date 10/7/15 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc, shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date 11/4/2015 | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: $64,584.25 USC deposited on 10/9/15.

| DISTRIBUTE TO: | 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED Form USM-285 Rev. 11/13 |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>8:15-cr-320-T-23TGW |
|---|---|
| DEFENDANT<br>PRISCILLA ANN ELLIS, et al. | TYPE OF PROCESS<br>Execution of SW/Check Deposit |

| | | |
|---|---|---|
| SERVE<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN | |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* | |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Holly G. Gershow, AUSA<br>U.S. Attorney's Office<br>400 North Tampa Street, Suite 3200<br>Tampa, Florida 33602 | Number of process to be<br>served with this Form 285 | 1 |
| | Number of parties to be<br>served in this case | |
| | Check for service<br>on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                                    Fold

Pursuant to the execution of the seizure warrant, please deposit $130,692.08 in funds seized from Citibank account number 6786582109.

CATS ID: 15-FBI-005310

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(813) 274-6000 | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total<br>number of process indicated.<br>*(Sign only for USM 285 if more<br>than one USM 285 is submitted)* | Total Process<br>1 | District of<br>Origin<br>No. 18 | District to<br>Serve<br>No. 18 | Signature of Authorized USMS Deputy or Clerk | Date<br>10/7/15 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion<br>then residing in defendant's usual place<br>of abode |
|---|---|
| Address *(complete only different than shown above)* | Date<br>11/4/2015 | Time<br>☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges<br>including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or<br>(Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: $130,692.08 USC deposited on 10/9/15.

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

PRISCILLA A. ELLIS-ERKKILA     §
    §
vs.     §      NO: WA:20-CV-01039-ADA DTG
    §
CITIBANK, J.P. MORGAN CHASE,     §
BB&T BANK, REGIONS BANK,
CAPITAL ONE, UNITED STATES OF
AMERICA FDIC
   *Defendant*

# ORDER SETTING HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is SET for

MOTIONS HEARING, in U.S. Magistrate Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue,

Waco, Texas, on THURSDAY, JULY 7, 2022, at 11:00 AM.


IT IS SO ORDERED this 10th day of June, 2022.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

*KEep CofY To Ellis' Atty legal*
*PLease copy Page 2 of Copy*

--------------------------------------------------------------------------

FROM: Barrera, Betzabel
TO: 03260180
SUBJECT: RE: Jude Manske Is a conflict of Interest?
DATE: 06/15/2022 04:34:46 PM

From Melissa_Copp@txwd.uscourts.gov
Inbox 9:20 AM
To Paula

Good Morning,

After further review, the Court is looking at proceeding without the need for a hearing (either in person or zoom). Order will be forthcoming on the docket and a copy will be provided to Ms. Ellis.

Thank you,
Melissa

Melissa Copp

Courtroom Deputy to the

Honorable Derek T. Gilliland

U.S. District Court - Waco

Western District of Texas

Office:     254-750-1514

Work Cell:  254-420-9880

Melissa_Copp@txwd.uscourts.gov

*more mspision! Canceled Hearing because plaintiff wanted to Appear!*

PRISCILLA ANN ELLIS on 6/15/2022 10:35:55 AM wrote:
Can you please send me a copy of that Discovery from Regions Bank or email them to ask tht they send me a copy please.

Thank you!

How can the hearing be set before Judge Manske when he is suppose to be taken off of the case for conflict of interest? What is going on here? Is this a Conspiracy? PLease email Melissa Copp and confirm that the hearing is before Judge Manske and not Judge Gilliland please? This is confusing, I requested his removal due to a conflict of interest.
----Barrera, Betzabel on 6/15/2022 8:19 AM wrote:

>

6:20-cv-01039

TRULINCS 03260180 - ELLIS, PRISCILLA ANN - Unit: ALI-C-B

------------------------------------------------------------------------------------

FROM: Barrera, Betzabel
TO: 03260180
SUBJECT: RE: Please send to Deputy Copp /Western Dist Waco
DATE: 06/21/2022 12:25:44 PM

done

PRISCILLA ANN ELLIS on 6/16/2022 4:19:58 PM wrote
Hello Deputy Copp;

There is a Hearing scheduled for July 7 at 11:00 am >  Is this Hearing still scheduled?  Why is it stating before Judge Manske.  I thought that Judge Albright removed Judge Manske form this instant case?  Is that incorrect?

I would like a Hearing if possible and am interested in attending all court proceedings whether I appear as Zoom Court TV or via telephone, I am interested in appearing.

Thank you for your prompt attention, assistance and response!

Respectfully;

Priscilla Ellis-Erkkila
U.S Army Veteran
Pro-Se

Certificate of Service:

Sent via email 6-16-2022 from Aliceville FCI to Deputy Coop at Western District of Texas, Waco

*Proof of Bias & Prejudice* (handwritten)

**VA** | U.S. Department
of Veterans Affairs

OLIN E. TEAGUE VET CENTER
1901 VETERANS MEMORIAL DRIVE
TEMPLE TX 76504

20204583 000553 MM
PRISCILLA A ELLIS
PO BOX 27137
FMC CARSWELL ADMIN UNIT
FORT WORTH TX 76127



Attached is your new
Veterans Health Identification Card.

This card is only for use as a means of identification when reporting for your appointment at VA medical facilities. Please bring this card each time you have a VA appointment so we may ease your appointment check-in process.

This card cannot be used as a credit card or an insurance card, and it does not authorize or pay for care at non-VA facilities.

If you have questions regarding VA healthcare benefits, please call 1877-222-VETS (8387). You may also access health care information on the web at www.myhealth.va.gov.

### § 1.1.1 The Constitutional Framework

The Constitution of the United States is the supreme law of the land. Further, it has been doctrine since 1803. Any laws, statutes, regulations, or government policies in conflict with the Constitution are unenforceable.[5] It is the standard by which all governmental action is measured.

Individuals are protected under the Constitution and its amendments. The Bill of Rights, adopted at the same time as the Constitution, protects individuals from actions of the federal government. As originally interpreted, the Bill of Rights did not apply to the relationship between individuals and state and local government. It was not until the passage of the Fourteenth Amendment after the Civil War that rights protected under the Bill of Rights became applicable to the states. For example, if the FBI conducts an unlawful search, it is a violation of the Fourth Amendment. If a local sheriff conducts an unlawful search, it is a violation of the Fourteenth Amendment, which applies the doctrine of the Fourth Amendment through the due process clause of the Fourteenth Amendment. The Constitution does not protect individuals from the actions of individuals acting in their private capacity.

As will be shown by material in this book, courts have reviewed conduct by prison officials under specific constitutional provisions, such as the Eighth Amendment or general principles stemming from the due process clause of the Fourteenth Amendment. Cruel and unusual punishment may thus be reviewed under both Eighth Amendment standards or independently as a violation of due process.

Civil rights may be protected by statutes passed by Congress under its constitutional authority. The commerce clause gives Congress the power to enact legislation that has an effect on interstate commerce. Congress also has the authority to enact legislation to carry out the intent of the Fourteenth Amendment. Section 5 of the Fourteenth Amendment states: "The Congress shall have power to enforce this article by appropriate legislation."

Constitutional Rights of Prisoners                    1

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.