

Matt Dow
(512) 236-2230 (Direct Dial)
(512) 391-2113 (Direct Fax)
mdow@jw.com

April 2, 2024

<u>Via CM/ECF</u>

Mr. Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

   Re: *Ellis Erkkila v. Citibank et al.*—Request for Level 1 Extension of Time to File Appellee JP Morgan Chase Bank N.A.'s Brief

Dear Mr. Cayce:

Appellee JP Morgan Chase Bank N.A.'s ("Chase Bank" or "Appellee") Brief and record excerpts are currently due on April 18, 2024. In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Appellee Chase Bank files this request for a Level 1 extension of time to file its Brief and record excerpts, up to and including May 17, 2024. This is Appellee's first request for an extension of time.

Good cause exists for Appellee's requested 30-day extension. Counsel for Appellee has had and will have other commitments necessitating this extension, including:

- Preparing a Reply in Support of Petition for Writ of Mandamus that will be filed on or before April 8, 2024, in *In re Jones*, No. 05-24-00241-CV, in the Court of Appeals for the Fifth District of Texas at Dallas;

- Preparing for and attending a hearing on April 11, 2024, in *Willborn Bros. Co. LLC v. Troy Dale Dreadin et al.*, No. 111439-B-CV, in the 181st Judicial District Court Potter County, Texas;

- Preparing for and attending depositions on April 4, 2024, in *Bernardo Gaona v. Butch's Rat Hole & Anchor Service, Inc.*, No. 2023-1133-B, in the 124th Judicial District Court Gregg County, Texas;

- Preparing a Petition for Review that was filed on March 27, 2024, in *JP Morgan Chase Bank, N.A. v. City of Corsicana and Navarro County*, No. 24-0102, in the Supreme Court of Texas;

- Preparing the Brief of Appellees that is currently due to be filed on April 22, 2024, in *Marilyn Garner, Chapter 7 Trustee of the Bankruptcy Estate of J&D Restaurant Group,*

Mr. Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
April 2, 2024
Page 2

*LLC v. Jack in the Box Inc. and Jack in the Box Eastern Division*, No. 02-23-00276-CV, in the Court of Appeals for the Second District of Texas at Fort Worth.

- Preparing for and attending depositions on April 17, 2024 and April 19, 2024, in *Masonwood HP, Ltd. v. JPH Capital, Ltd., John Hatchett, and Sandra Hatchett*, No. D-1-GN-21-001519, in the 201st Judicial District Court, Travis County, Texas.

- Preparing for and attending mediation on April 23, 2024, in *Levy Premium Foodservice, et al v. Circuit of the Americas, LLC, et al*, in the 459th Judicial District Court, Travis County, Texas.

These scheduling conflicts as well as the intervening Easter holiday, necessitate this request for an extension. This requested extension is sought in the interest of justice, not for delay.

*Pro-Se* Appellant Priscilla Ellis-Erkkila ("Ellis") is currently incarcerated. Thus, counsel for Chase Bank is unable to confer with Appellant Ellis to determine whether she opposes the granting of this request.

Sincerely,

Matt Dow

cc:   Shelisa E. Brock  (firm)

Brett Kutnick (firm)

Priscilla Ellis-Erkkila (#03260-180)
Dublin FCI-Unit B1-081
5701 8th Street (Camp Park)
Dublin, CA  94568

Counsel of Record

39784213