# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 03, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50648   Ellis-Erkkila v. Citibank
                  USDC No. 6:20-CV-1039

The court has granted an extension of time to and including May 17, 2024 for filing the brief of Appellee JP Morgan Chase in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

Ms. Brittney Angelich
Mr. Daniel Avila II
Mr. Joshua Benjamin Baker
Mr. Gene R. Besen
Ms. Shelisa Brock
Mr. James Matthew Dow
Ms. Priscilla Ann Ellis-Erkkila
Mr. Brett David Kutnick
Ms. Mary Mangan
Mr. Kevin Ward Patton